UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-70-1FL

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          ORDER OF ABATEMENT
                                  )
WILLIAM J. CAULEY, II             )


Upon motion of the Government, and for good cause shown, it is HEREBY ORDERED that the pending above-referenced case against defendant William J. Cauley, II, is hereby abated.


SO ORDERED, this the 1st day of December, 2016.


LOUISE WOOD FLANAGAN
United States District Judge